# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4143
_____

SHANON WOODEN; BLAKE
WOODEN,

     Appellants,

     v.

DEUTSCHE BANK NATIONAL
TRUST COMPANY, as Trustee for
Morgan Stanley ABS Capital I
Inc Trust 2004-HE3, Mortgage
Pass-Through Certificates,
Series 2004-HE3,

     Appellee.

_____

On appeal from the Circuit Court for Leon County.
James O. Shelfer, Judge.

October 15, 2019

PER CURIAM.

     AFFIRMED.

RAY, C.J., and MAKAR and JAY, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Shanon Wooden and Blake Wooden, pro se, Appellants.

Kimberly S. Mello and Vitaliy Kats of Greenberg Traurig, P.A., Tampa, for Appellee.